IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **JESSICA WILLIAMS,** *on behalf of herself and all others similarly situated* | : : : |
| **Plaintiff,** | : : |
| v. | **CASE NO. 3:24-cv-00049-TSL-RPM** : : |
| **TRUEACCORD CORP.,** | : : |
| **Defendant.** | : : |

## NOTICE OF SETTLEMENT

Plaintiff Jessica Williams ("Plaintiff") and Defendant TrueAccord Corp. ("Defendant"), hereby notify the Court that the parties have reached an agreement in principle to resolve this action. The parties respectfully request the Court vacate all pending deadlines and hearings, and provide the parties with thirty (30) days to finalize the settlement and file a notice or stipulation of dismissal.

RESPECTFULLY SUBMITTED, THIS, the 5th day of November, 2025.

For Plaintiff

*/s/ Christopher E. Kittell*
CHRISTOPHER E. KITTELL, MSB #99615
**KITTELL LAW FIRM**
Post Office Box 568
283 Losher Street, Suite B
Hernando, Mississippi 38632
Telephone: (662) 298-3456
Facsimile: (855) 896-8772


Max S. Morgan - PHV
THE WEITZ FIRM, LLC
1515 Market Street, Suite #1100
Philadelphia, PA 19102

For Defendant

*/s/ Spencer M. Schulz*
Spencer M. Schulz, Esq.
MESSER STRICKLER BURNETTE, LTD.
3157 Gentilly Blvd., #2558
New Orleans, LA 70122
Tel: (225) 746-8123
sschulz@messerstrickler.com


R. Frank Springfield
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
fspringfield@burr.com

-2-

| | |
|---|---|
| John A. Love - PHV | Joshua W. Stover |
| LOVE CONSUMER LAW | BURR & FORMAN LLP |
| 2500 Northwinds Parkway | The Pinnacle at Jackson Place |
| Suite 330 | 190 E. Capitol St., Suite M-100 |
| Alpharetta, GA 30009 | Jackson, MS 39201 |
| 404-855-3600 | Tel: (601) 355-3434 |
| | Fax: (601) 355-5150 |
| | jstover@burr.com |

-3-
## CERTIFICATE OF SERVICE

     I, Christopher E. Kittell, hereby certify that I have on this the 5th day of November, 2025, electronically filed the foregoing with the Clerk of the Court using the ECF system, which caused a copy to be served upon all counsel of record.

                                              */s/ Christopher E. Kittell*
                                              CHRISTOPHER E. KITTELL