```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JESSICA WILLIAMS                                          PLAINTIFF

VS.                          CIVIL ACTION NO. 3:24-CV-49-TSL-RPM

TRUEACCORD CORP.                                          DEFENDANT

## ORDER

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 10th day of December, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1